**1134**

**Larry D. JESINOSKI and Cheryle Jesinoski, individuals,**
Appellants

v.

**COUNTRYWIDE HOME LOANS, INC., subsidiary of Bank of America N.A., doing business as America's Wholesale Lender, et al., Appellees.**

No. 12–2202.

United States Court of Appeals, Eighth Circuit.

Nov. 13, 2013.

Michael J. Keogh, Keogh Law Office, Saint Paul, MN, for Plaintiff–Appellant.

Andre Timothy McCoy Hanson, Ronn B. Kreps, Sparrowleaf Dilts McGregor, Fulbright & Jaworski, Minneapolis, MN, Andrew Brooks Messite, Reed & Smith, New York, NY, for Defendant–Appellee.

Judges MURPHY, BYE, SMITH and KELLY would grant the petition for rehearing en banc.

Judge GRUENDER did not participate in the consideration or decision of this matter.

COLLOTON, Circuit Judge, concurring in denial of rehearing en banc.

No matter how this court decides this case, there will remain a well-developed conflict in the circuits on the question how a consumer may exercise his or her right to rescind under the Truth in Lending Act, 15 U.S.C. § 1635(f). *Compare Sherzer v. Homestar Mortg. Servs.*, 707 F.3d 255 (3d Cir.2013), *and Gilbert v. Residential Funding LLC*, 678 F.3d 271, 277–78 (4th Cir.2012), *with Rosenfield v. HSBC Bank, USA*, 681 F.3d 1172, 1187–88 (10th Cir. 2012), *and McOmie–Gray v. Bank Am. Home Loans*, 667 F.3d 1325, 1328 (9th Cir.2012). It appears that none of these cases was presented to the Supreme Court by way of petition for writ of certiorari, so it cannot be said that the Court has resolved to leave the issue to individual circuits despite a conflict in authority. Therefore, I conclude that the resources of a rehearing en banc are not warranted at this time simply to move this court from one side to the other in what may prove to be a short-lived conflict in the circuits.